<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7249**

_____

In Re:  ANGELO MCCOY,

                                                        Petitioner.

_____

On Petition for a Writ of Mandamus. (CR-00-195-MJG)

_____

Submitted:  April 14, 2004          Decided:  May 25, 2004

_____

Before WIDENER, WILLIAMS, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Angelo McCoy, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Angelo McCoy petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for return of property, which was filed on September 6, 2002.[*] He seeks an order from this court directing the district court to act. We find that mandamus relief is not warranted at this time because the district court has recently ordered the Government to respond to the petition, which should lead to resolution of the motion. Accordingly, although we grant McCoy's motion to proceed in forma pauperis, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act seasonably. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]The Government did not receive a copy of the petition when it was filed in the district court.